Same case below, 354 Fed. Appx. 283.

**No. 09-1382. Kris Alan Hahn, Petitioner v. United States.**

560 U.S. 966, 130 S. Ct. 3437, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4839.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-1385. Tricia Rossi, Petitioner v. United States.**

560 U.S. 966, 130 S. Ct. 3437, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4943.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 592 F.3d 372.

**No. 09-8722. Mario Fernando Santoro, Petitioner v. Walt Wells, Warden.**

560 U.S. 966, 130 S. Ct. 3409, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4768.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8948. Earl Johnson, Petitioner v. United States.**

560 U.S. 966, 130 S. Ct. 3409, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4874.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 581 F.3d 320.

**No. 09-9032. James B. Dotson, Jr., Petitioner v. United States.**

560 U.S. 966, 130 S. Ct. 3410, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4787.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 351 Fed. Appx. 931.

**No. 09-9480. Andrew Ramey Ellmaker, Petitioner v. Kansas.**

560 U.S. 966, 130 S. Ct. 3410, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4921.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Kansas denied.

Same case below, 289 Kan. 1132, 221 P.3d 1105.

**No. 09-9635. Antonio Lee Williams, Petitioner v. Texas.**

560 U.S. 966, 130 S. Ct. 3411, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4837.

June 14, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

Same case below, 301 S.W.3d 675.

**No. 09-10067. Rasheen Mills, Petitioner v. Joseph Bellnier, Superintendent, Upstate Correctional Facility.**

560 U.S. 966, 130 S. Ct. 3413, 177 L. Ed. 2d 326, 2010 U.S. LEXIS 4940.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.